IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL JASON EVANS**                                                                 **PLAINTIFF**

V.                            **CASE NO. 5:24-CV-5042**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                                        **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this on July 1, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Commissioner filed an unopposed motion requesting that the Plaintiff's case be remanded pursuant to sentence four of Section 405(g) in order to conduct further administrative proceedings. The Magistrate Judge recommends granting the motion. Under the circumstances, it is not necessary for the Court to allow the objection deadline to expire, as it is clear neither party will object to the recommended relief.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Unopposed Motion to Remand (Doc. 14) is **GRANTED**, the decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 2nd day of July, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE